**Opinion issued October 27, 2016**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-16-00695-CV

### NO. 01-16-00731-CV

————————————

## IN RE JOSEPH ANDRE DAVIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Joseph Andre Davis, acting pro se, has filed two original proceedings arising

from an underlying suit affecting the parent-child relationship.[1]

---

[1]     The underlying case is *In the Interest of J.A.D., a Child*, cause number 2014-58410, pending in the 245th District Court of Harris County, Texas, the Honorable Roy L. Moore presiding.

In the first proceeding, cause number 01-16-00695-CV, Davis filed an emergency motion requesting the stay of a hearing and all underlying proceedings pending our determination of his "soon-to-be-filed petition for writ of mandamus." Our court denied the motion. Davis did not subsequently file a petition. Accordingly, we dismiss the first original proceeding for want of prosecution.

In a subsequent proceeding, cause number 01-16-00731-CV, Davis filed a second request for an emergency stay for another soon-to-be-filed petition. Our court denied the stay. Davis later filed his petition. Having reviewed the petition for a writ of mandamus, we deny mandamus relief.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.